UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Ross,<br><br>                            Plaintiff,<br>v.<br><br>Monarch Recovery Management, Inc.; and DOES 1-10, inclusive,<br><br>                          Defendants. | Civil Action No.:  2:19-cv-02520-CMR |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 24, 2019

                                                    Respectfully submitted,

                                                    PLAINTIFF, Anthony Ross

                                                    /s/ Jody B. Burton

                                                    Jody B. Burton, Esq.
                                                    Bar No.: 71681
                                                    **LEMBERG LAW, L.L.C.**
                                                    43 Danbury Road, 3rd
                                                    Wilton, CT 06897
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                 By /s/ Jody B. Burton_____

                                        Jody B. Burton