UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Ross, | : |
| | : |
| | : Civil Action No.: 2:19-cv-02520-CMR |
| Plaintiff, | : |
| v. | : |
| | : |
| Monarch Recovery Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Anthony Ross ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 20, 2019

        Respectfully submitted,

        PLAINTIFF, Anthony Ross

        <u>/s/ Jody B. Burton</u>

        Jody B. Burton, Esq.
        Bar No.: 71681
        LEMBERG LAW L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 20, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Jody B. Burton

                                        Jody B. Burton